IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELAINE HAMILTON } | |
|       Plaintiff } | |
| } | |
| v. } | CIVIL ACTION NO. H-05-0480 |
| } | |
| HOUSTON INDEPENDENT SCHOOL } | |
| DISTRICT, ABELARDO SAAVEDRA, } | |
| LINDA LLORENTE, EVA SILVA, ARTHUR } | |
| PETTEWAY, VERONICA BARRERA, AND } | |
| LAURA ALANIZ, } | |
|       Defendant(s) } | |

## FINAL JUDGMENT

Pursuant to the Memorandum of this date, it is **ORDERED** that Defendants Abelardo Saavedra, Linda Llorente, Eva Silva, Arthur Petteway, Veronica Barrera and Laura Alaniz's motion to dismiss (Instrument No. 9) and Houston Independent School District's motion for summary judgment (Instrument No. 12) are **GRANTED**.

It is further **ORDERED** that Plaintiff Elaine Hamilton take nothing by her suit and that Defendants Houston Independent School District, Abelardo Saavedra, Linda Llorente, Eva Silva, Arthur Petteway, Veronica Barrera and Laura Alaniz shall have their costs of action.

**SIGNED** at Houston, Texas, this 18th day of January, 2006.

                                          MELINDA HARMON
                                  UNITED STATES DISTRICT JUDGE